UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

ALEJANDRO ABELES,

                Plaintiff/
     Counterclaim Defendant,

    - against -

MICHAEL WOLK,

                Defendant/
     Counterclaim Plaintiff.
───────────────────────────────

22-cv-1244 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **March 2, 2022.**

    Counsel for the plaintiff should file an appearance on ECF. The defendant should serve a copy of this Order on counsel for the plaintiff.

SO ORDERED.

Dated:   New York, New York
           February 16, 2022

                                           _____
                                              John G. Koeltl
                                         United States District Judge