```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ALEJANDRO ABELES,

                        Plaintiff/
      Counterclaim Defendant,

22-cv-1244 (JGK)

ORDER

      - against -

MICHAEL WOLK,

                       Defendant/
      Counterclaim Plaintiff.

JOHN G. KOELTL, District Judge:

    The Court previously instructed the parties to file a Rule 26(f) report by March 2, 2022. The Court also previously instructed counsel for the plaintiff to file an appearance on ECF. The deadline for the parties to file a Rule 26(f) report is extended to April 4, 2022. If the parties do not file a Rule 26(f) report by April 4, 2022, then this case may be dismissed for failure to prosecute.

    The defendant should serve a copy of this Order on counsel for the plaintiff.

SO ORDERED.

Dated:    New York, New York
           March 18, 2022

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                        United States District Judge