UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEJANDRO ABELES,

                    Plaintiff/
       Counterclaim Defendant,

- against -

MICHAEL WOLK,

                    Defendant/
       Counterclaim Plaintiff.

22-cv-1244 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendant should respond to the plaintiff's motion to remand by April 18, 2022. The plaintiff may reply by April 25, 2022.

SO ORDERED.

Dated:    New York, New York
             April 4, 2022

                                          John G. Koeltl
                                  United States District Judge