UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEJANDRO ABELES,

                Plaintiff/
    Counterclaim Defendant,

- against -

MICHAEL WOLK,

                Defendant/
    Counterclaim Plaintiff.

22-cv-1244 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The application for reconsideration of this Court's denial of a stay pending appeal of this Court's Remand Order is **denied**. No appeal would be taken in good faith. See 28 U.S.C. § 1447(d); In re WTC Disaster Site, 414 F.3d 352, 364 (2d Cir. 2005). The Clerk is directed to close Docket No. 21.

SO ORDERED.

Dated:    New York, New York
           May 24, 2022

                                      _____
                                        John G. Koeltl
                                  United States District Judge